IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VERONICA DENISE DALE, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CASE NO. 2:14-cv-190-WHA ) |
| UNITED STATES OF AMERICA, | )        (WO) ) |
| Respondents. | ) |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the United States of America and against Veronica Denise Dale.

DONE this 25th day of May, 2016.

                                                       /s/ W. Harold Albritton
                                                      W. HAROLD ALBRITTON
                                                      SENIOR UNITED STATES DISTRICT JUDGE